## GATES v STATE

Ohio Appeals, 1st Dist, Butler Co

No 511.  Decided Nov 20, 1931

Goefrey H. Levy and P. P. Boll, Hamilton, for plaintiff in error.

Z. G. Morgenthaler, Hamilton, for defendant in error.

CUSHING, J.

Gates testified in the Williams case.  In the Gates case, the stenographer who took the testimony in the Williams case was called and read Gates' testimony in that case, and this was the only evidence offered by the State to prove Gates' guilt.

At the conclusion of the State's case, no motion was made for an instructed verdict, on the ground that the reading of Gates' testimony in the Williams case constituted a violation of his constitutional rights, not to be a witness against himself. Gates was called on defense, in his own behalf, and testified to practically the same state of facts as those given in the Williams case.

It is stated in the briefs that Gates took the stand voluntarily in the Williams case. There is nothing in the record to show this. But whether he did or not, he took the stand voluntarily in his own case, and confirmed the testimony given in the Williams case, which was offered against him.

In this state of the evidence, we fail to find any prejudicial error, and the judgment of the Court of Common Pleas of Butler County will be affirmed.

ROSS, PJ, and HAMILTON, J, concur.